

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00162-CV

| | | |
|---|---|---|
| KEANA PRESCOD AND SHELLEY HARTE, Appellants | § | On Appeal from the 393rd District Court |
| | § | of Denton County (18-10539-393) |
| V. | § | January 27, 2022 |
| SUZANNAH TKACH, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Keana Prescod and Shelley Harte shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Wade Birdwell_____
        Justice Wade Birdwell